# JUDICIAL MEMORANDUM

## High Court of American Samoa

### May 8, 1989

KRUSE, Chief Justice:

Re: Scheduling of Jury Trials

As you know, we are currently setting jury trials for about six months after the date on which trial is set. This has resulted partly from a recent increase in the number of defendants requesting jury trials, and partly from the Court's policy of scheduling no more than one jury trial per week.

The Court has neither personnel nor facilities adequate to handle more than one jury trial at a time. However, it appears that fewer than one-fourth of the jury trials scheduled are actually taking place. Most cases are resolved by pleas bargains a week or two before the scheduled trial date. As a result, the Court is only hearing about one jury trial per month, while some defendants are facing several months of pretrial incarceration.

We are capable of hearing one jury trial every week or so, and are more than willing to do so in order to clear the current backlog. Accordingly, we have decided to change our policy so as to schedule two jury trials per week until the backlog is substantially reduced.

In order to implement this change, the following steps should be taken during the next few days:

1) The Assistant Attorneys General handling criminal cases should review all such cases scheduled for trial after June 1, 1989, to determine which cases should be reset to earlier dates. First priority should go to cases in which the defendants are incarcerated.

2) The Public Defender and private defense attorneys should also review their scheduled cases, and should contact the Attorney

General's office immediately in the event that an accelerated trial date is not desired or in the event that some dates would be inconvenient.

3) The Assistant Attorneys General should prepare a stipulation in each case in which it is determined that a new trial date would be appropriate. The stipulation should be presented to the defense attorney for his approval, and then to the Court.

4) In any case in which one party wants an accelerated trial date and the other party does not, the party desiring acceleration can make a motion to the Court.

5) The Court will grant motions or stipulations sufficient to result in a schedule of two jury trials per week, beginning as soon as possible. Both trials should be set on Tuesday unless there are good reasons to prefer another day of the week.

6) On Monday of each week, the Attorney General's office and the defense attorneys in the two cases set for the following week should report to the Court whether those cases will actually go to trial. If it appears that both cases will go to trial, it may be necessary to postpone one of them for a few days.

Thank you for your cooperation on this matter.